*In re* **Wong**, Shirley Leu-Tuan (MR 19202)
Chicago, IL 60602

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Shirley Leu-Tuan Wong is suspended from the practice of law for six months. Respondent Shirley Leu-Tuan Wong shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.